IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>J & S COMPANIES, INC., )<br>and KEVIN BOLES, )<br>)<br>Defendants. ) | Case No. 06-cv-0188-MJR |

## ORDER REGARDING POSSIBLE DISMISSAL

REAGAN, District Judge:

Plaintiffs ("the Funds") filed this suit to recover delinquent benefit contributions and liquidated damages under a collective bargaining agreement, against two Defendants – (1) J & S Companies, Inc. and (2) J & S' President – Kevin Boles. Subject matter jurisdiction exists under the federal question statute (28 U.S.C. § 1331).

Having served both Defendants in March 2006, the Funds obtained a Clerk's entry of default against both Defendants in July 2006. They took no other action for several months, though. Eventually, in response to an inquiry from the undersigned Judge as to the status of the case, the Funds moved for default judgment under Federal Rule of Civil Procedure 55(b). The motion was supported by a memorandum of law and an affidavit detailing the amount of attorneys' fees and costs, but the amount of delinquent contributions and liquidated damages was not known, because no audit had been conducted of Defendants' records.

In November 2006, the Court granted the motion for default judgment but directed the Clerk of Court to withhold *entering* judgment "until the total amount of damages has been calculated/verified" (Doc. 16, p. 2). The Court ordered Defendants to turn over payroll records for audit.

Additionally, the Court set a January 31, 2007 deadline for the Funds to either submit a proposed Order delineating the amounts of all damages (e.g., delinquent contributions, liquidated damages, attorneys' fees, costs) OR file a status report explaining why judgment could not yet be entered (*id.*).

The January 31st deadline elapsed a week ago with no further filing by the Funds. The Court does not know whether the audit was completed. What is clear is that the Funds neither filed a status report nor submitted the proposed Order described in the November 16, 2006 Order.

Accordingly, the Court **ORDERS** the Funds to file the status report or submit the proposed Order **by February 14, 2007** <u>or</u> the Court **will vacate the default judgment and DISMISS this case for want of prosecution on the part of the Funds, under Federal Rule of Civil Procedure 41(b)**.

IT IS SO ORDERED.

DATED this 6th day of February 2007.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Court